1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                  October 2025 Grand Jury

11  UNITED STATES OF AMERICA,              2:25-CR-731(A)-JFW

12            Plaintiff,               F I R S T
                                       S U P E R S E D I N G
13        v.                           I N D I C T M E N T

14  ADAM CHARLES PALERMO,              [18 U.S.C. § 844(f)(1), (2):
    ISMAEL VEGA,                       Attempted Malicious Damage of
15  YACHUA MAURICIO FLORES,            Vehicle Owned and Possessed by an
    RONALD ALEXIS COREAS,              Institution or Organization
16  JESUS GONZALEZ-HERNANDEZ JR.,      Receiving Federal Financial
    STEFANO DEONG GREEN,               Assistance Creating a Substantial
17  BALTO MONTION,                     Risk of Injury to Any Person; 18
    HECTOR DANIEL RAMOS, and           U.S.C. § 844(i): Attempted
18  JUNIOR ROLDAN,                     Malicious Damage of Vehicle Used
                                       in Activities Affecting Interstate
19            Defendants.              and Foreign Commerce; 18 U.S.C.
                                       § 231(a)(3): Obstructing,
20                                     Impeding, or Interfering with Law
                                       Enforcement During Civil Disorder]
21

22        The Grand Jury charges:

23                        COUNT ONE

24                 [18 U.S.C. § 844(f)(1), (2)]

25                    [DEFENDANT PALERMO]

26        On or about June 8, 2025, in Los Angeles County, within the

27  Central District of California, defendant ADAM CHARLES PALERMO

28  knowingly and maliciously attempted to damage and destroy, by means

1  of fire, a vehicle, in whole and in part owned and possessed by the
2  California Highway Patrol, an institution and organization receiving
3  Federal financial assistance, and in doing so, created a substantial
4  risk of injury to at least one person.

COUNT TWO

[18 U.S.C. § 844(i)]

[DEFENDANT PALERMO]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ADAM CHARLES PALERMO knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle used in activities affecting interstate and foreign commerce.

COUNT THREE

[18 U.S.C. §§ 844(f)(1), (2); (2)(a)]

[DEFENDANT VEGA]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ISMAEL VEGA, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle, in whole and in part owned and possessed by the California Highway Patrol, an institution and organization receiving Federal financial assistance, and in doing so, created a substantial risk of injury to at least one person.

COUNT FOUR

[18 U.S.C. § 844(i); 2(a)]

[DEFENDANT VEGA]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant ISMAEL VEGA, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle used in activities affecting interstate and foreign commerce.

COUNT FIVE

[18 U.S.C. §§ 844(f)(1), (2); (2)(a)]

[DEFENDANT FLORES]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant YACHUA MAURICIO FLORES, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle, in whole and in part owned and possessed by the California Highway Patrol, an institution and organization receiving Federal financial assistance, and in doing so, created a substantial risk of injury to at least one person.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT SIX

[18 U.S.C. § 844(i); 2(a)]

[DEFENDANT FLORES]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant YACHUA MAURICIO FLORES, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and maliciously attempted to damage and destroy, by means of fire, a vehicle used in activities affecting interstate and foreign commerce.

1                                   COUNT SEVEN

2                          [18 U.S.C. § 231(a)(3); 2(a)]

3                                 [ALL DEFENDANTS]

4          On or about June 8, 2025, in Los Angeles County, within the

5     Central District of California, defendants RONALD ALEXIS COREAS,

6     YACHUA MAURICIO FLORES, JESUS GONZALEZ-HERNANDEZ JR., STEFANO DEONG

7     GREEN, BALTO MONTION, ADAM CHARLES PALERMO, HECTOR DANIEL RAMOS,

8     JUNIOR ROLDAN, ISMAEL VEGA, and others known and unknown to the Grand

9     Jury, each aiding and abetting the other, knowingly and intentionally

10    committed and attempted to commit an act to obstruct, impede, and

11    interfere with a law enforcement officer, that is, California Highway

12    Patrol officers, lawfully engaged in the lawful performance of their

13    official duties, incident to and during the commission of a civil

14    disorder which in any way and degree obstructed, delayed, and

15    //

16    //

17

18

19

20

21

22

23

24

25

26

27

28

1   adversely affected commerce and the movement of any article and

2   commodity in commerce and performance of any federally protected

3   function.

4                                           A TRUE BILL

5

6                                           /S/ _____

7                                           Foreperson

8   BILAL A. ESSAYLI
    First Assistant United States
9   Attorney

10  IAN V. YANNIELLO
    Assistant United States Attorney
11  Chief, National Security Division

12  *Frances S. Lewis* (signature)

13
    FRANCES S. LEWIS
14  Assistant United States Attorney
    Chief, General Crimes Section
15
    JENNA W. LONG
16  Assistant United States Attorney
    National Security Division
17
    NEIL THAKOR
18  Assistant United States Attorney
    General Crimes Section
19
    RAHUL R.A. HARI
20  Assistant United States Attorney
    General Crimes Section

21

22

23

24

25

26

27

28