UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. **CR 25-731-JFW** |
| Plaintiff, | **SUPPLEMENTAL CRIMINAL TRIAL ORDER** |
| v. | |
| Adam Charles Palermo, et al. | |
| Defendants. | |

The above matter is set for trial on **June 9, 2026** before the Honorable John F. Walter, Courtroom 7A, United States Courthouse.  In addition to the filing deadlines required by the Court in the Criminal Trial Order and modified by the Court's Orders of **September 22, 2025 and December 18, 2025,** the Court Orders the following:[1]

    1.  The Government shall prepare (but not file) a Pre-Trial Exhibit List which shall contain a numbered list of all

---

[1] The Pre-Trial Exhibit List, Joint Pre-Trial Exhibit Stipulation, and Pre-Trial Witness List described herein are in addition to, and do not replace, counsel's obligations to comply with the Court's Criminal Trial Order and the Local Rules regarding exhibit and witness lists.

of the exhibits the Government intends to offer during trial. For each exhibit listed, the Government shall identify the exhibit by providing the following information: title, date, number of pages, and author (if identified in the document) (collectively the "description" of the exhibit).  The Government shall also identify each witness it anticipates will testify about and/or lay the foundation for the exhibit. The Government shall provide a copy of the foregoing Pre-Trial Exhibit List to the Defendants no later than **May 4, 2026**.  Within seven (7) calendar days of receipt of the Government's Pre-Trial Exhibit List, counsel for each Defendant shall meet and confer with the Government, in person, to prepare a Joint Pre-Trial Exhibit Stipulation. The Joint Pre-Trial Exhibit Stipulation shall set forth Defendant's objections to the Government's exhibits, if any, the basis for each objection and the Government's response to the objection.  All exhibits to which there is no objection shall be deemed admitted into evidence if offered by a party. The parties shall stipulate to the authenticity of exhibits whenever possible, and the Pre-Trial Exhibit Stipulation shall identify any exhibits for which authenticity has not been stipulated to and the specific reasons for that Defendant's failure to stipulate.

      The Joint Pre-Trial Exhibit Stipulation filed by the Government and Defendants shall be substantially in the following form:

/ / /

/ / /

<u>Joint Pre-Trial Exhibit Stipulation</u>

<u>Government's Exhibits</u>

<u>Number</u>  <u>Description</u>  <u>Witness</u>  <u>If Objection, State Grounds</u>  <u>Response to Objection</u>

The Joint Pre-Trial Exhibit Stipulations shall be filed no later than **May 18, 2026.** Failure by a Defendant to meet and confer and/or advise the Government of defendant's objections will constitute a waiver of those objections unless that Defendant is able to demonstrate good cause for his or her failure to comply with this Order.

2.  The Government shall prepare a Pre-Trial Witness List identifying the witnesses it intends to call during trial in the order that the witnesses will be called, including a brief summary of each witness's expected testimony and an estimate of the length of time needed for direct examination. The Government shall file its Pre-Trial Witness List on or before **May 18, 2026.** Each Defendant shall file, no later than **May 21, 2026,** a response to the Government's Pre-Trial Witness List identifying the approximate length of time counsel anticipate they will need for cross-examination of the Government's witnesses.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

3