John Targowski (Bar No. 226053)
**Targowski Law Office**
475 Washington Blvd
Marina Del Rey, CA 90292
Telephone: (310) 920-9177
Email: jtargo@icloud.com

Attorney for Defendant
ISMAEL VEGA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **Case No. 2:25-cr-00731-JFW-2** |
| Plaintiff, | The Honorable John F. Walter |
| v. | **DEFENDANT ISMAEL VEGA'S STATEMENT CONCERNING THE COURT'S ORDER TO SHOW CAUSE; DECLARATION OF COUNSEL** |
| PALERMO et al., | |
| ISMAEL VEGA #2, | |
| Defendant. | |

Defendant, Ismael Vega (hereinafter "Mr. Vega"), by and through counsel of record, John Targowski, hereby offers a statement concerning the Court's Order to Show Cause (ECF 263) at the invitation of this Court.

DATED: May 23, 2026                    Respectfully submitted,

                                       */s/ John Targowski*
                                       JOHN TARGOWSKI
                                       Attorney for Defendant
                                       ISMAEL VEGA

1
DEFENDANT ISMAEL VEGA'S STATEMENT CONCERNING THE COURT'S ORDER TO SHOW CAUSE

DECLARATION OF JOHN TARGOWSKI

I, John Targowski, declare as follows:

1.  I am appointed to represent Mr. Vega in the above matter pursuant to the CJA since his initial appearance on October 29th 2025 (ECF 95).

2.  Mr. Vega's compliance on bond has been the subject of 2 PSA letters to the Court, (ECF 219 and 262) and primarily concerns substance abuse and mental health issues.

3.  Mr. Vega and I spoke via telephone several times today and earlier in the week concerning his compliance with bond conditions. My understanding from Mr. Vega was that he attended a meeting with USPO today in the Roybal building where he discussed same and agreed to modify his terms of supervised release to include receiving services through pre-trial services for his mental health and substance abuse disorders. Mr. Vega remains interested in addressing his issues while remaining free on bond.

4.  Mr. Vega and counsel would be available if necessary to address the Court on May 28th, 2026 regarding this OSC and 2 PSA letters.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

RESPECTFULLY SUBMITTED: May 14th, 2026
/s/ John Targowski
JOHN TARGOWSKI
Attorney for Defendant
ISMAEL VEGA

DEFENDANT ISMAEL VEGA'S STATEMENT CONCERNING THE COURT'S ORDER TO SHOW CAUSE