**FILED**
CLERK, U.S. DISTRICT COURT

6/11/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AH _____ DEPUTY

John Targowski (Bar No. 226053)
**Targowski Law Office**
475 Washington Blvd
Marina Del Rey, CA 90292
Telephone: (310) 920-9177
Email: jtargo@icloud.com

Attorney for Defendant
ISMAEL VEGA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. **2:25-cr-00731-JFW-2** |
| Plaintiff, | The Honorable John F. Walter |
| v. | **STATEMENT OF THIRD-PARTY SURETY CARMEN GONZALEZ CONSENTING TO DEFENDANT ISMAEL VEGA'S BOND MODIFICATION RE RESIDENTIAL DRUG TREATMENT AND MENTAL HEALTH TREATMENT** |
| PALERMO ET AL., | |
| ISMAEL VEGA #2, | |
| Defendant. | |

In compliance with L.Cr.R. 46-2.1, Defendant, Ismael Vega (hereinafter "Mr. Vega"), by and through counsel of record, John Targowski, hereby offers a statement by 3rd party surety Carmen Gonzalez consenting to Mr. Vega's new bond conditions concerning residential drug treatment and mental health treatment.

DATED: June 11, 2026

Respectfully submitted,

/s/ John Targowski
JOHN TARGOWSKI
Attorney for Defendant
ISMAEL VEGA

1

STATEMENT OF THIRD-PARTY SURETY CARMEN GONZALEZ IN SUPPORT OF BOND MODIFICATON

DECLARATION OF CARMEN GONZALEZ

I, CARMEN GONZALEZ declare as follows:

1. ISMAEL VEGA is my boyfriend and cohabitant. He is a defendant in federal case number 2:25-cr-00731-JFW-2, *USA v. Palermo et al*, in the United States District Court for the Central District of California.

2. On October 29th, 2025 at his initial appearance I appeared in Magistrate Court for ISMAEL VEGA'S bond hearing. At this Court appearance, I signed an affidavit of surety (cr-4 form) in the amount of $5,000 as a condition of ISMAEL VEGA'S release from custody. (ECF 100).

3. Today, I understand that ISMAEL VEGA'S bond conditions have now been modified by the Court to include 2 additional requirements that were not in affect at his initial appearance but now are appropriate given the circumstances:

   (1) residential drug treatment and

   (2) mental health treatment.

4. I consent to these modifications of bond and would like to continue acting as ISMAEL VEGA'S surety, as I previously have since his initial appearance last year.

6-11-2026
DATE

CARMEN GONZALEZ

2

STATEMENT OF THIRD-PARTY SURETY CARMEN GONZALEZ IN SUPPORT OF BOND MODIFICATON